# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Daniel Robert Spangler
      Kaitlyn Ann Spangler

                        Debtor(s)

BK NO. 26-01855 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

           Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
06 Jul 2026, 12:54:27, EDT


      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA  19106
      215-627-1322

Document ID: 183b62848141r9c7f5df28efeb26b75bd98fe20f4816b0b396a7168d3066f1825