United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-01855-HWV
Daniel Robert Spangler Chapter 13
Kaitlyn Ann Spangler
Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke 
Date Rcvd: Aug 14, 2026 Form ID: ntcnfhrg Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel Robert Spangler, Kaitlyn Ann Spangler, 47 Partridge Circle, Carlisle, PA 17013-8700 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5814565 | | Email/Text: collectionsbankruptcy@belco.org | Aug 14 2026 18:45:00 | Belco Community Credit Union, Attn: Bankruptcy, 449 Eisenhower Blvd., Harrisburg, PA 17111 |
| 5814566 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2026 18:53:10 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5814567 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2026 18:42:56 | Capitalone, Capital One, Attn: Bankruptcy, P.O. Box 1330, Charlotte, NC 28201-1330 |
| 5814568 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2026 18:42:56 | Capitalone, Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5814569 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 14 2026 18:45:00 | Cit Bank Na/loancare, Attn: Bankrutptcy, P.O.Box 8068, Virginia Beach, VA 23450-8068 |
| 5814570 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2026 18:53:11 | Citibank/The Home Depot, Citicorp Cr SrvsCentralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 5814571 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 14 2026 18:45:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 5823900 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 14 2026 18:45:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5814572 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2026 18:53:06 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 5819357 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2026 18:53:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5814573 | | Email/Text: EBN@Mohela.com | Aug 14 2026 18:45:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5814574 | + | Email/Text: Bankruptcies@nragroup.com | Aug 14 2026 18:45:00 | National Recovery Agency, Attn: Bankruptcy, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5814575 | | Email/PDF: cbp@omf.com | Aug 14 2026 18:42:56 | OneMain Financial Group, 601 NW 2nd Street, PO Box 3251, Evansville, IN 47731-3251 |
| 5822811 | | Email/PDF: cbp@omf.com | Aug 14 2026 18:42:35 | OneMain Financial Group, LLC, PO BOX 3251, Evansville, IN 47731-3251 |
| 5814576 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2026 18:53:06 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, |

| | | | |
|---|---|---|---|
| | | | VA 23502 |
| 5814577 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 14 2026 18:45:00 | Santander Bank, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5818059 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 14 2026 18:45:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5814578 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2026 18:53:06 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5815047 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 14 2026 18:53:06 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5817450 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 14 2026 18:45:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 5814579 | + Email/Text: UpStart@ebn.phinsolutions.com | Aug 14 2026 18:45:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 5814580 | + Email/Text: UpStart@ebn.phinsolutions.com | Aug 14 2026 18:45:00 | Upstart Finance, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 5823367 | + Email/Text: peritus@ebn.phinsolutions.com | Aug 14 2026 18:45:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Maggie Soboleski | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC msoboleski@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Kaitlyn Ann Spangler pmurphy@dplglaw.com jsmalls@dplglaw.com;rreynolds@dplglaw.com |
| Paul Donald Murphy-Ahles | |

| | |
|---|---|
| | on behalf of Debtor 1 Daniel Robert Spangler pmurphy@dplglaw.com jsmalls@dplglaw.com;rreynolds@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Daniel Robert Spangler,

**Debtor 1**

Kaitlyn Ann Spangler,

**Debtor 2**

Chapter 13

Case No. 1:26−bk−01855−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**September 16, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: September 23, 2026<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ChristinaEdris, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 14, 2026 |

ntcnfhrg (08/21)