UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>DANIEL ROBERT SPANGLER<br>KAITLYN ANN SPANGLER<br>Debtors<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>DANIEL ROBERT SPANGLER<br>KAITLYN ANN SPANGLER<br>Respondents | CHAPTER 13<br><br>CASE NO. 1:26-BK-01855-HWV |

**TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN**

COMES NOW Jack N. Zaharopoulos, who objects to confirmation of the above-referenced Debtors' plan for the following reason(s):

1. Failure to properly state the minimum amount to be paid to unsecured creditors in Section 1.A.4. of the Plan, as required by the Means Test.

2. Trustee avers that Debtors' Plan is not feasible based upon the following: The Plan is underfunded relative to claims to be paid.

3. Debtors' Plan violates 11 U.S.C. § 1322(a)(1) and § 1325(b) in that Debtors have not submitted all or such portion of the disposable income to Trustee as required. More specifically, Trustee alleges, and therefore avers, that Debtors' disposable income is greater than that of which is committed to the Plan based upon the Means Test calculation and specifically disputes the following: a) Line 16 tax expense is overstated; b) Trustee requests proof of $650.00 per month Line 21 childcare expense for five-year old. Additionally, the Plan should provide for a step-up once this expense decreases; and c) Debtors' Line 25 health insurance expense should be $659.00 per month.

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

a. Deny confirmation of Debtors' plan.
b. Dismiss or convert Debtors' case.
c. Provide such other relief as is equitable and just.

Dated: September 29, 2026

Respectfully submitted:

/s/ Jack N. Zaharopoulos

Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## CERTIFICATE OF SERVICE

I hereby certify that, on today's date, I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

PAUL MURPHY-AHLES ESQUIRE
DETHLEFS, PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL, PA 17011

Dated: September 29, 2026

/s/ Tanya Scannelli

Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee