**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**In re:**

| | |
|---|---|
| **DANIEL ROBERT SPANGLER**<br>**KAITLYN ANN SPANGLER,**<br>**Debtor(s)**<br><br>**SANTANDER BANK, N.A., AS SERVICER FOR SANTANDER CONSUMER USA INC.,**<br>**Movant**<br><br>**v.**<br><br>**DANIEL ROBERT SPANGLER**<br>**KAITLYN ANN SPANGLER,**<br><br>**And**<br><br>**JACK N ZAHAROPOULOS,**<br>**Trustee**<br>**Respondent(s)** | **Chapter 13**<br><br>**Case No. 1:26-01855**<br><br>**Matter: Motion for Relief from the Automatic Stay** |

**DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION**
**FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, come the Debtor(s), Daniel and Kaitlyn Spangler, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Denied. Debtor is without sufficient knowledge as to the truth of the averment as stated in Paragraph 4; therefore, it is denied and strict proof is demanded at the time of hearing.
5. Denied. Debtor is without sufficient knowledge as to the truth of the averment as stated in Paragraph 5; therefore, it is denied and strict proof is demanded at the time of hearing.
6. Denied. Debtor is without sufficient knowledge as to the truth of the averment as stated in Paragraph 6; therefore, it is denied and strict proof is demanded at the time of hearing.
7. Denied.
   A. Denied.
   B. Denied. Vehicle is insured.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

Respectfully submitted,

**DETHLEFS PYKOSH & MURPHY**

/s/ Paul D. Murphy-Ahles

Date: October 23, 2026

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**In re:**

| | |
|---|---|
| **DANIEL ROBERT SPANGLER**<br>**KAITLYN ANN SPANGLER,**<br>**Debtor(s)**<br><br>**SANTANDER BANK, N.A., AS SERVICER FOR SANTANDER CONSUMER USA INC.,**<br>**Movant**<br><br>**v.**<br><br>**DANIEL ROBERT SPANGLER**<br>**KAITLYN ANN SPANGLER,**<br><br>**And**<br><br>**JACK N ZAHAROPOULOS,**<br>**Trustee**<br>**Respondent(s)** | **Chapter 13**<br><br>**Case No. 1:26-01855**<br><br>**Matter: Motion for Relief from the Automatic Stay** |

**CERTIFICATE OF SERVICE**

I hereby certify that on Friday October 23, 2026, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034

/s/ Richard Reynolds Jr.

Paralegal for Paul D. Murphy-Ahles, Esquire